UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, SENIOR JUDGE
---------------------------------------------------------------------X
BASF CORPORATION,                                          :

                               Plaintiff,    :

                                                          Court Nos. 12-00422,
    v.                                                            :                          13-00109

UNITED STATES,                                             :

                            Defendant.    :
---------------------------------------------------------------------X

## ORDER

Upon consideration of plaintiff BASF Corporation's consent motion for consolidation, and all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion for consolidation is granted and that court numbers 12-00422 and 13-00109 are hereafter consolidated into consolidated court number 12-00422 and that further proceedings shall be made under the new consolidated court number 12-00422, and it is further

**ORDERED** that plaintiff shall file a consolidated complaint in consolidated court number 12-00422 within 30 days of this order.


Dated: New York, New York          _____
         February ____, 2022                    Senior Judge

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, SENIOR JUDGE
-----------------------------------------------------------------------X
BASF CORPORATION,                                :

                                    Plaintiff,        :
                                                                        Court Nos. 12-00422,
v.                                               :                                        13-00109

UNITED STATES,                                   :

                                    Defendant.     :
-----------------------------------------------------------------------X

## CONSENT MOTION TO CONSOLIDATE
## AND TO FILE A CONSOLIDATED COMPLAINT

Pursuant to Rules 7 and 42(a) of the rules of the U.S. Court of International Trade, ("CIT") Plaintiff, BASF Corporation ("BASF"), by its attorneys, Barnes, Richardson & Colburn, LLP, moves this court to consolidate *BASF Corporation v. United States*, CIT court number 12-00422 with *BASF Corporation v. United States*, CIT court number 13-00109, that all further proceedings shall be made under the new consolidated court number 12-00422 and that plaintiff shall file a consolidated complaint in that matter. On February 4, 2022, Alexander Vanderweide, Esq., counsel for Defendant, United States, consented to the relief requested in this motion.

    Rule 42(a) of the CIT Rules provides that:

> [w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all matters in issue in the actions; it may order all the actions consolidated under a consolidated complaint; and it may make such order concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Consolidation achieves economies of time, effort, and expense. It results in the merger of multiple cases into a single action whereby the "final decision in [that] action has binding legal effect on all of the merged actions." *Generra Sportswear, Inc. v. United States*, 16 CIT 313, 314 (1992). Rule 42 gives the court "broad discretion to grant or deny consolidation." *Federal-Mogul Corp. v. United States*, 809 F. Supp. 102, 105 (Ct. Int'l Trade 1992).

The cases that the parties seek to consolidate involve the same parties and the same imported product, a formulated beta-carotene product used by BASF's customers as a source of provitamin A and marketed as Betatene® 7.5% N. *See, Junior Gallery, Ltd. v. United States*, 16 CIT 687, 689 (1992) (case consolidation appropriate where cases share a single discreet factual issue). Furthermore, both cases share a common question of law, to wit, whether the imported merchandise is classifiable under subheading 2936.90.01 HTSUS as "Provitamins, unmixed," free of duty, or under subheading 2106.90.99, HTSUS as "Food preparations not elsewhere specified or included: Other: Other: Other: Other: Other: Other: Other." dutiable at the rate of 6.4% *ad valorem*.

Consolidation of these actions will avoid unnecessary costs and delays and will assist the parties and the Court by eliminating duplicative briefs and other filings. As such, it will conserve the resources of the Court and the parties, and promote the just, speedy, and less expensive determination of this action.

WHEREFORE, for the foregoing reasons, plaintiff prays that its motion for consolidation be granted, and that all further proceedings shall be made under the new consolidated court number 12-00422 including the filing of a consolidated complaint.

                Respectfully submitted,

                BARNES, RICHARDSON & COLBURN, LLP

                    Attorneys for Plaintiff
                    100 William Street
                    Suite 305
                    New York, NY  10038
                    Tel: (212) 725-0200, ex. 126

                  <u>/s/ Frederic D. Van Arnam, Jr.</u>

Dated:  February 7, 2022
New York, New York