UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                                      :
BASF CORPORATION,                     :
                                                      :
                      Plaintiff,             :       Before: Richard K. Eaton
                                                      :
          v.                                       :       Court Nos.      12-00422
                                                      :                              13-00109
UNITED STATES,                             :
                                                      :
                      Defendant.          :
_____:

## ORDER

Upon consideration of Plaintiff BASF Corporation's consent motion for consolidation, ECF No. 28, and all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion for consolidation is granted and that court numbers 12-00422 and 13-00109 are hereafter consolidated into consolidated court number 12-00422 and that further proceedings shall be made under the new consolidated court number 12-00422; and it is further

**ORDERED** that Plaintiff shall file a consolidated complaint in consolidated court number 12-00422 within 30 days of this order.

                                                  ____/s/ Richard K. Eaton____
                                                                 Judge

Dated: February 7, 2022
          New York, New York