**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BASF CORPORATION,<br><br>                      Plaintiff,<br><br>             v.<br><br>UNITED STATES,<br><br>                      Defendant. | Consol. Court No. 12-00422 |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Richard K. Eaton, is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 27th day of March, 2024

                                                      /s/ Mark A. Barnett  
                                                         Mark A. Barnett  
                                                          Chief Judge