

CHAMBERS OF
LISA W. WANG
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
1 Federal Plaza
New York, NY 10278

August 13, 2024

Via CM/ECF

      Re: <u>BASF Corporation v. United States</u>
      Consol. Court No. 12-00422

To All Counsel:

    It is my intention to issue a public version of the opinion in the above-captioned proceeding on or before Friday, September 12, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court by Friday, August 29, 2025, in writing, whether: (1) any information not already in brackets is confidential and should be double-bracketed in the public version; or (2) any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                    Very truly yours,

                                    <u>/s/     Lisa W. Wang</u>
                                    Lisa W. Wang, Judge