FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 12-00422

Case title being appealed: BASF Corporation v. United States

Date of final judgment or order being appealed: 08/13/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

BASF Corporation

Date: 10/10/2025

Signature: /s/Frederic D. Van Arnam, Jr.

Name: Frederic D. Van Arnam, Jr.

Address: Barnes, Richardson & Colburn, LLP

45 Broadway, Suite 3130

New York, NY 10006

Phone Number: (212) 725-0200

Email Address: rvanarnam@barnesrichards